SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>           Plaintiff,<br><br>     vs.<br><br>SALAMAT PROPERTIES, LLC,<br><br>           Defendant | Case No. **2:11-cv-02963-WBS-KJN**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 27, 2012 FOR DEFENDANT SALAMAT PROPERTIES, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Salamat Properties, LLC, by and through their respective attorneys of record, Scott N. Johnson; Craig D. McMahon, stipulate as follows:

    1. An extension of time has been previously obtained for Defendant Salamat Properties, LLC

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

until February 10, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Salamat Properties, LLC is granted an extension until February 27, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Salamat Properties, LLC response will be due no later than February 27, 2012.

IT IS SO STIPULATED effective as of February 13, 2012

Dated: February 14, 2012          /s/Craig D. McMahon_____

                                  Craig D. McMahon,

                                  Attorney for Defendant

                                  Salamat Properties, LLC


Dated: February 13, 2012          /s/Scott N. Johnson ____

                                  Scott N. Johnson,

                                  Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Salamat Properties, LLC shall have until February 27, 2012 to respond to complaint.

Dated: February 15, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE